IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CAUSE NO. 1:06CR99-LG-JMR-1

DUANE ADAMS

## ORDER GRANTING MOTION TO QUASH GARNISHMENT

**BEFORE THE COURT** is the Government's Motion to Quash [85] the Writ of Continuing Garnishment [78] issued by the Clerk of this Court on March 5, 2015. The Government asserts that the defendant Duane Adams is no longer employed by the garnishee Performance Contractors, Inc.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Quash [85] filed by the Government is **GRANTED**. The Writ of Continuing Garnishment [78] issued on March 5, 2015 is **QUASHED**, and the Garnishee Performance Contractors, Inc., is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 7th day of May, 2015.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge